# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

157493(54)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

KEVIN LOGAN, Individually and on Behalf of
All Others Similarly Situated,
            Plaintiffs-Appellees,

v

CHARTER TOWNSHIP OF WEST
BLOOMFIELD,
            Defendant-Appellant.
_____/

SC: 157493
COA: 333452
Oakland CC: 2015-149134-CZ

       On order of the Chief Justice, the motion of Kickham Hanley, PLLC, to file a brief amicus curiae in support of the application for leave to appeal is GRANTED. The amicus brief submitted on September 3, 2019, is accepted for filing.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2019



            Clerk